UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JUAN CARLOS GALVEZ PANTOJA,   )   No. 5:26-cv-02084-JDE
)
Petitioner,   )   JUDGMENT
)
v.   )
)
FERETI SEMAIA, Warden, et al.,   )
)
Respondents.   )

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) granted, in part, with Respondents ORDERED to immediately release Petitioner Juan Carlos Galvez Pantoja (A# 246 060 427) from custody, subject only to narrowly tailored conditions of release no more restrictive than necessary to ensure his appearance as required and to protect the community, if any; and (2) denied and dismissed without prejudice in all other respects.

Dated: June 1, 2026

JOHN D. EARLY
United States Magistrate Judge